UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES *ex rel*,
FAKHREDDIN ENTEZARY, M.D.,
c/o Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700,
Relator,

BRINGING THIS ACTION ON
BEHALF OF THE UNITED STATES
OF AMERICA,
c/o Robert Corrente, Esq.
United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000,

and,

c/o Alberto Gonzales, Esq.
United States Attorney General
United States Department of Justice
10th & Constitution Avenues, N.W.
Washington, DC 20530,
Plaintiffs,

v.

NATE WHIPPLE RADIOLOGY, INC.,
et al.,
Defendants.

C.A. No. 05-423S

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by the between the undersigned, that the herein matter is dismissed without prejudice, no fees or costs.

THE UNITED STATES
OF AMERICA

By Its Attorneys,

Robert Clark Corrente, Esq.
United States Attorney

/s/ Adi Goldstein

By: Adi Goldstein (#6701)
Assistant U.S. Attorney
U.S. Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel. (401) 709-5000
Date: July 27, 2007

UNITED STATES *ex rel*,
FAKHREDDIN ENTEZARY, M.D.,

By His Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Date: July 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2007, a true copy of the within was sent, via electronic transmission, to the following:

Adi Goldstein, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Charles S. Beal

G:\csb\Entezary, F\pldgs\dismissalstip.doc